NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DAVE WAYNE ERLANSON, Sr.,

Plaintiff-Appellant,

v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY,

Defendant-Appellee.

No. 22-35894

D.C. No. 4:22-cv-00091-DCN

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Idaho
David C. Nye, District Judge, Presiding

Submitted April 22, 2024[**]

Before:     CALLAHAN, LEE, and FORREST, Circuit Judges.

Dave Wayne Erlanson, Sr., appeals pro se from the district court's judgment dismissing for lack of subject matter jurisdiction his 42 U.S.C. § 1983 action against the United States Environmental Protection Agency.  We review de novo, *Prather v. AT&T, Inc.*, 847 F.3d 1097, 1102 (9th Cir. 2017), and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The district court properly dismissed Erlanson's action for lack of subject matter jurisdiction because Erlanson failed to establish that the United States waived its sovereign immunity. *See Jachetta v. United States*, 653 F.3d 898, 908 (9th Cir. 2011) (explaining that 42 U.S.C. § 1983 does not waive sovereign immunity for United States agencies).

**AFFIRMED.**